# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VIRGINIA VIDAL GARCIA**  **PLAINTIFF**

v.  **CASE NO. 4:20-CV-01164-BSM**

**PARKER**, *et al.*  **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Patricia S. Harris [Doc. No. 6] has been received. After carefully reviewing the record, the RD is adopted. Garcia's amended complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike," within the meaning of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of December, 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE