IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VIRGINIA VIDAL GARCIA**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:20-CV-01164-BSM**

**PARKER,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE